UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAOLA CANAS, et al.,

    Plaintiffs,

v.

    Case No. 1:18-cv-1315

HARLEY'S CABARET, INC.,

    HONORABLE PAUL L. MALONEY

    Defendant and Third-Party Plaintiff,

v.

KRYSTAL MORRIS and
CROWDSURFER MEDIA, LLC,

    Third-Party Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Third-Party Defendants Krystal Morris and Crowdsurfer Media, LLC filed a Motion to Dismiss Third-Party Complaint. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on January 23, 2020, recommending that this Court grant the motion in part and deny the motion in part. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 29) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for to Dismiss the Third-Party Complaint (ECF No. 18) is GRANTED IN PART AND DENIED IN PART.

**IT IS FURTHER ORDERED** that (1) Harley's claim for indemnification from Morris or Crowdsurfer for an Lanham Act violations is DISMISSED; (2) Harley's negligence claim is DISMISSED; and (3) Harley's remaining claims proceed forward.

Dated:  February 7, 2020  　　　　　　　　　　　　　　　　  /s/  Paul L. Maloney  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge